**Steffan J. LUSBY, Plaintiff–Appellant,**

v.

**L.J. RANDOLPH, Business Manager; Ron Angelone, Director of Department of Corrections, Defendants–Appellees.**

No. 01–6374.

United States Court of Appeals, Fourth Circuit.

Submitted July 17, 2001.

Decided July 30, 2001.

Steffan J. Lusby, pro se.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Steffan J. Lusby appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint for failure to state a claim under 28 U.S.C.A. § 1915A(b)(1) (West Supp.2000).

We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Lusby v. Randolph*, No. CA–00–1926–AM (E.D.Va. filed Feb. 19, 2000; entered Feb. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*